IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BILL W. SMITH                                                                                          PLAINTIFF

vs.                                           CASE NO. **3:05CV00029GH**

ROGER WASHINGTON, ET AL.                                                      DEFENDANTS

### **ORDER**

Pursuant to plaintiff's motion, the case is hereby dismissed with prejudice.

IT IS SO ORDERED this 7th day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE

-1-